WILLIAM LAWS, SR., and DRUSILA LAWS, his wife, *Appellants*, vs. GEORGE W. CASE and ANNA B. CASE, his wife, *Appellees*.

Decision filed June 6, 1931.

*Fullerton & Gillespie* and *Scarlett, Jordan, Futch & Fielding*, for Appellants;

*Murray Sams*, for Appellees.

PER CURIAM.—The final decree herein is reversed and the cause is remanded for appropriate procedure in foreclosing the three mortgages upon the property and in adjudicating attorney fees if recoverable.

Reversed.

BUFORD, C.J., AND WHITFIELD, ELLIS, TERRELL, BROWN AND DAVIS, J.J., concur.